AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
District of Maryland

| | |
|---|---|
| FRENCHIE JOHNSON <br><br> *Plaintiff(s)* <br><br> v. <br><br> FEDCHOICE CREDIT UNION SERVICE ORG., LLC et al. <br><br> *Defendant(s)* | Civil Action No. 8:21-cv-00799-GJH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FEDCHOICE CREDIT UNION SERVICE ORGANIZATION, LLC
10001 WILLOWDALE ROAD
LANHAM, MD 20706

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Serve on:
David E. Bunch
10001 Willowdale Road
Lanham, MD 20706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/30/201

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

FRENCHIE JOHNSON

*Plaintiff(s)*

v.   Civil Action No. 8:21-cv-00799-GJH

FEDCHOICE CREDIT UNION SERVICE ORG., LLC et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EXPERIAN INFORMATION SOLUTIONS, INC.
505 CITY PARKWAY WEST
ORANGE, CA 92668

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Serve on:
The Corporation Trust, Incorporated
2405 York Road Suite 201
Lutherville Timonium, MD 21093

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/30/201

*Signature of Clerk or Deputy Clerk*