IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRENCHIE JOHNSON | : |
| Plaintiff, | : |
| v. | : Case No.: 8:21-cv-00799 |
| FEDCHOICE CREDIT UNION SERVICE ORGANIZATION, LLC *et al.* | : |
| Defendants. | : |

**CONSENT MOTION TO EXTEND TIME FOR EXPERIAN TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, respectfully requests that this Honorable Court allow Experian to have through June 11, 2021, to answer or otherwise respond to Plaintiff's Complaint. In support of the relief being requested, Defendant states:

1. On March 29, 2021, Plaintiff filed the instant Complaint in this Court.

2. Plaintiff served Experian with a copy of the Complaint on April 20, 2021 and accordingly, Experian's deadline to answer or otherwise respond to Plaintiff's Complaint is currently May 11, 2021.

3. In light of the COVID-19 pandemic and office closings, Experian and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff.

4. No previous extensions have been granted.

5. Counsel for Plaintiff consents to this extension.

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Dated: May 6, 2021

                SHULMAN, ROGERS, GANDAL,
                 PORDY & ECKER, P.A.

                By:   /s/ Joy C. Einstein
                    Joy C. Einstein, Bar No. 19325
                    12505 Park Potomac Avenue, 6th Floor
                    Potomac, Maryland 20854
                    Telephone: (301) 945-9250
                    Facsimile: (301) 230-2891
                    e-mail: *jeinstein@shulmanrogers.com*

                    *Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2021, I served via CM/ECF a copy of the foregoing Consent Motion for Experian to Answer or Otherwise Respond to Complaint to the following:

Kevin Williams
Law Office of Kevin Williams, LLC
8402 Colesville Road, Suite 1100
*Counsel for Plaintiff*

                                          /s/ Joy C. Einstein
                                          Joy C. Einstein