# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FRENCHIE JOHNSON | : |
| Plaintiff, | : |
| v. | : Case No.: 8:21-cv-00799 |
| FEDCHOICE CREDIT UNION SERVICE ORGANIZATION, LLC *et al.* | : |
| Defendants. | : |

## ORDER

Upon consideration of Defendant's Consent Motion to Extend Time for Experian to Answer or Otherwise Respond to Plaintiff's Complaint, it is this _____ day of May, 2021,

ORDERED, that the Consent Motion to Extend Time for Experian to Answer or Otherwise Respond to Plaintiff's Complaint is hereby GRANTED; and it is further

ORDERED, that Experian has through June 11, 2021, to answer or otherwise respond to Plaintiff's Complaint.

The Honorable George Jarrod Hazel
U.S. District Court for the District of Columbia